## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN A. RAMSEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:24-cv-01083 |
| | ) | |
| v. | ) | Judge Cathy Bissoon |
| | ) | Magistrate Judge Kezia O. L. Taylor |
| WARDEN WILLIAM SCHOUPPE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

This case has been referred to United States Magistrate Kezia O. L. Taylor for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(B) and (C), and Local Rule of Civil Procedure 72.

On January 8, 2025, the Magistrate Judge issued a Report (Doc. 10) recommending that this action be dismissed for failure to prosecute. Service of the Report and Recommendation ("R&R") has been made on the parties, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the R&R, the R&R is **ADOPTED** as the Opinion of the Court, and it hereby is **ORDERED** that this case be dismissed with prejudice and the Magistrate Judge's R&R (Doc. 10) is adopted as the Opinion of the District Court.

IT IS SO ORDERED.

March 28, 2025                                         s/Cathy Bissoon
                                                       Cathy Bissoon
                                                       United States District Judge


cc (via First-Class U.S. Mail):

Brian A. Ramsey
23-01249

Beaver County Jail
6000 Woodlawn Boulevard
Aliquippa, PA 15001

cc (via ECF email notification):

All Counsel of Record